UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
ex rel. TIMOTHY R. CARTER,

      Plaintiffs,

      v.

KBR, INC., and KELLOGG, BROWN &
ROOT SERVICES, INC.,

      Defendants.

Civil Action No. 21-0259 (JMC)

**UNDER SEAL**

## THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date,

**RECEIVED**

APR 3 0 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Notice.

Dated: April 30, 2026
        Washington, D.C.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEANINE FERRIS PIRRO
United States Attorney

SAM ESCHER, DC Bar #1655538
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2531
Sam.Escher@usdoj.gov

JAMIE ANN YAVELBERG
MICHAL TINGLE
SETH W. GREENE, DC Bar #482610
Attorneys, Commercial Litigation Branch
PO Box 261, Ben Franklin Station
Washington, DC 20044
(202) 353-4175
Seth.Greene@usdoj.gov

*Attorneys for the United States of America*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, I caused a copy of the foregoing Notice of Election to Decline Intervention and proposed Order to be served upon Relator's counsel via electronic mail at the following addresses:

JEANNE A. MARKEY
GARY L. AZORSKY
Cohen, Milstein, Sellers & Toll, PLLC
gazorsky@cohenmilstein.com
jmarkey@cohenmilstein.com

_____
SAM ESCHER
Assistant United States Attorney